## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROD BECKER, MATT BECKER, DWIGHT BECKER, DAVID KNAPP, KATY DOUGHTY, BOB SMITH, | § § § § § § § § § § § | CIVIL ACTION NO.  2:17-CV-00665-JRG |
| Plaintiffs, | | |
| v. | | |
| KENNETH M. KLEINKE,  KMK OIL & GAS, INC., | | |
| Defendants. | | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Plaintiffs' Unopposed Motion for Entry of Final Judgment (Dkt. No. 3). Plaintiffs seek an entry of final judgment, dissolving the writ of garnishment as stipulated in the Parties' confidential Settlement Agreement. (*Id.*) The Parties represent that this Court should retain jurisdiction over this matter and the underlying Settlement Agreement. (Dkt. No. 3-1.) Having reviewed the Motion, the Court hereby **ORDERS** that the Parties jointly file a copy of the Settlement Agreement under seal, with the Clerk of this Court.

**So ORDERED and SIGNED this 30th day of January, 2018.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE